FILED 07 AUG '19 13:48 USDC-ORE

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>KELLIE KENT CAMERON<br>and<br>JONATHAN TYLER ALLEN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)             6:19-MJ- 143-MK<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___on or about July 29, 2019___ in the county of ___Deschutes___ in the _____ District of ___Oregon___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 844(e) and (n) | Conspiracy to Make a Threat Regarding Explosive Materials |
| 18 U.S.C. § 1038 | False Information and Hoaxes |

This criminal complaint is based on these facts:

The attached affidavit of FBI SA Benjamin A. Jones which is incoporated herein

☑ Continued on the attached sheet.

/s/ Jones per Rule 4.1
*Complainant's signature*

Benjamin A. Jones, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/07/2019___

[Judge's signature]
*Judge's signature*

City and state: ___Eugene, Oregon___     Hon. Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*