AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>KELLIE KENT CAMERON<br>*Defendant* | ) ) ) ) ) ) ) Case No. 6:19-MJ-143-MK |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KELLIE KENT CAMERON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to make a threat regarding explosive materials in violation of 18 U.S.C. §§ 844(e) and (n)
False Information and Hoaxes in violation of 18 U.S.C. § 1038

Date: _08/07/2019_

_____
*Issuing officer's signature*

City and state:   Eugene, Oregon         Hon. Mustafa T. Kasubhai, U.S. Magistrate Judge
                                         *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*